IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

V. NO. 4:14CR000151-04-JLH

CARL ADERHOLT

## ORDER

Pending before the Court is the Government's Motion for Revocation of Release and for Summons. (Doc. No. 200.) For good cause shown, the request for issuance of summons is GRANTED. The Clerk is directed to issue summons to Defendant Carl Aderholt for appearance at a hearing before United States Magistrate Judge Joe Volpe on December 17, 2015, at 3:30 p.m. to show cause why his release should not be revoked.

IT IS SO ORDERED this 15th day of December, 2015.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE